## Proboco v. Commonwealth.

(Decided October 30, 1931.)

EDWARD L. ALLEN, W. W. WILLIAMS, A. J. MAY, and O. C. HALL for appellant.

J. W. CAMMACK, Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE BRATCHER—Reversing.

John Proboco has appealed from a life sentence imposed on him for the murder of Sam Adams. This is a companion case to that of Tarkaney v. Com., 240 Ky. 790, 42 S. W. (2d) —, this day decided.

There is no material difference in the evidence, and, upon the authority of that opinion, this judgment is reversed for proceedings consistent with opinion in Tarkaney case, and all other questions are reserved; the whole court sitting.